**Michael U. REED, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 02–6734.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Michael U. Reed, Appellant Pro Se. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael U. Reed seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Reed v. Angelone,* No. CA–01–478 (E.D.Va. Apr. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*